UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

**ELISA A BERRIOS VEGA**

DEBTOR(S)

BK CASE # 16-07233-MCF

CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

1 - The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 10/5/16
☒ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

### 1. PAYMENT PLAN SCHEDULE

$ 250.00 x 60 = $15,000.00
$ _____ x _____ = _____
$ _____ x _____ = _____
$ _____ x _____ = _____
$ _____ x _____ = _____

TOTAL = $15,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from
☐ Sale of property identified as follows:
_____
_____
☐ Other: _____
_____
_____

Periodic Payments to be made other than, and in addition to the above.
$ _____ x _____ = _____

PROPOSED BASE: $15,000.00

### III. ATTORNEY'S FEES
(To be paid as administrative expenses)
Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ 2,825.00

Signed: /S/ ELISA A BERRIOS VEGA
DEBTOR

/S/
JOINT DEBTOR

/S/ Roberto L. Mateo Rivera
Attorney for debtor

### 11 DISBURSE FUNDS IN THE FOLLOWING ORDER AFTER ADMINISTRATIVE EXPENSES

A- ADEQUATE PROTECTION PAYMENTS CR _____ $ _____

B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☒ Trustee pays secured ARREARS:
Cr. Rushmore Loan Management  Cr. _____  Cr. _____
# 4181  # _____  # _____
$ _____  $ _____  $ _____

2. ☐ Trustee pays IN FULL Secured Claims
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ OTHER: _____

6. ☒ Debtor Otherwise maintains regular payments directly to:
Rushmore Loan Management (mortgage)

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A- ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
(b) ☐ Other: _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
A. All future tax refunds will be paid into the plan. Plan base will be automatically increased by any additional amount paid. B. Secured debts provided for in the plan shall be paid by the Trustee in the amount stated in the proof of claim filed by the creditor or by the debtor on bahalf of the creditor unless said claim is disallowed. C. Notice to all parties in interest as per attached list.

ATTORNEY FOR DEBTOR: ROBERTO L. MATEO RIVERA, ESQ    Phone 787-840-1212

| | |
|---|---|
| BERRIOS VEGA, ELISA A<br>AA38 CALLE 46-A URB VILLAS DE LOIZA<br>CANOVANAS, PR 00729 | T MOBILE<br>PO BOX 6602552<br>DALLAS, TX 75266-0252 |
| Roberto L. Mateo Rivera, Esq<br>PO Box 336877<br>Ponce, PR 00733-6877 | TRANSWORLD SYSTEMS INC<br>PO BOX 17221<br>WILMINGTON, DE 19850 |
| DIRECT TV<br>PO BOX 71413<br>SAN JUAN, PR 00936 | UNITED CONSUMER FINANCIAL<br>PO BOX 856290<br>LOUISVILLE, KY 40285 |
| ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | WALMART<br>PO BOX 965060 SYNCHRONY BANK<br>ORLANDO, FL 32896-5060 |
| MARTINEZ & TORRES LAW OFFICES, PSC<br>PO BOX 192938<br>SAN JUAN, PR 00919-2938 | |
| MONEY EXPRESS<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | |
| ROOSEVELT CAYMAN ASSET COMPANY<br>PO BOX 52262<br>IRVINE, CA 92619-2262 | |
| RUSHMORE LOAN MANAGEMENT SERVICES LLC<br>PO BOX 11973<br>SAN JUAN, PR 00922-1973 | |
| STRATEGIC LEGAL GROUP PSC<br>PO BOX 366220<br>SAN JUAN, PR 00936-6220 | |
| SYNCHRONY BANK<br>PO BOX 965061 BANKRUPTCY DEPT<br>ORLANDO, FL 32896-5061 | |